**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                                      CASE NO. 6:09-bk-00458-KSJ

**MONA LISA AT CELEBRATION, LLC,**            CHAPTER 11

                         **Debtor.**           /

**ORDER DIRECTING CONTESTED MATTER**
**TO MEDIATION AND APPOINTING MEDIATOR**

      This matter came before the Court upon for hearing on August 19, 2009, for a status conference regarding Debtor's Objections to Proof of Claims (Doc Nos. 179-257) and the Amended Objections to Proof of Claims (Doc Nos. 265-274) in the Main Case (collectively, the "Claimants"), which, by order of this Court, were consolidated (the "Consolidated Issues"). Upon consideration, and it appearing to the Court that the Consolidated Issues are suitable for mediation, it is:

**ORDERED**:

      1.    The parties are directed to mediation for possible resolution of all issues raised in the aforementioned claims objections or claims, including the Consolidated Issues.

      2.    Except as provided in this Order, this mediation shall be conducted pursuant to M.D.Fla. L.B.R. 9012-2(d), (e), (g), (h), (i) and (k).

      3.    The mediator for the Consolidated Issues is Mr. Stephen Busey.

      4.    The parties directed to attend this mediation are:

          a.    Mona Lisa at Celebration, LLC;

          b.    Westchester Fire Insurance Company;

          c.    SunTrust Bank;

          d.    BankFirst;

    e.  the Official Committee of Unsecured Creditors; and

    f.  the Claimants.

  5.  Personal attendance of Claimant's trial counsel is mandatory. However, Claimants, whether or not represented by counsel, may appear telephonically or by other electronic means. All Claimants and counsel, if applicable, will appear with full authority to resolve any and all issues relating to the Consolidated Issues.

  6.  Not less than five (5) days before the mediation conference, each party shall furnish a written summary of the facts and issues and current status of negotiations to the mediator. The statements shall not be filed with the Court and the mediator shall not disclose the contents of the mediation statement without the consent of the parties. **Claimants not represented by counsel may submit a written statement but are not required to do so**.

  7.  The mediation shall take place on **September 28-29, 2009** and, in any event, shall be completed by **October 1, 2009,** and shall take place at the Law Offices of Broad & Cassel, 390 N. Orange Avenue, Suite 1400, Orlando, Florida 32801.

  8.  The Mediation fees shall be borne equally among the following parties: (1) Mona Lisa at Celebration, LLC; (2) Westchester Fire Insurance Company; and (3) BankFirst. The Mediation fees shall be paid to the mediator no later than September 15, 2009.

  9.  Attendance at the mediation via telephone or other electronic means is mandatory and the Court shall impose sanctions for all Claimants who do not attend the mediation conference with full and complete settlement authority. **To participate in the mediation please contact Brenda Jennings via electronic mail at [bjennings@lseblaw.com](mailto:bjennings@lseblaw.com) and/or by telephone at (407) 481-5800.**

10. The participation by the Claimants in the mediation conference does not constitute a waiver of any of the Claimants' rights or defenses in the contested matters related to the claim objections.

11. Following the conclusion of the mediation, the mediator is directed to submit a written report indicating whether any settlement was reached. If a settlement is reached, the Claimants are directed to file a written agreement executed by the Claimants and their counsel, if applicable, within fifteen (15) days from the conclusion of the mediation and to promptly seek necessary court approval.

12. All documents and statements made by the Claimants, attorneys and other participants presented or made during the mediation proceeding shall, in all respects, be privileged and not reported, or placed into evidence, made known to the Court or construed for any purpose as an admission. No Claimant shall be bound by any statement made or action taken at the mediation conference unless a settlement is reached, in which event, the agreement shall be reduced to writing pursuant to the prior paragraph.

**DONE AND ORDERED** at Orlando, Florida, this 10th day of September 2009.

*/s/ Karen S. Jennemann*

**KAREN S. JENNEMANN**
United States Bankruptcy Judge

Copies to:

Plaintiffs' Counsel: John L. Urban, Urban Their Federer & Jackson, P.A., 200 S. Orange Avenue, Suite 2025, Orlando, Florida 32801;

Plaintiffs' Counsel: Mark C. Rutecki, 1420 Celebration Blvd., Suite 200, Celebration, Fl 34747;

Counsel for the Debtor: Elizabeth A. Green, Esq. and Justin M. Luna, Esq., Latham, Shuker, Eden & Beaudine, LLP, P. O. Box 3353, Orlando, Florida 32802-3353;

Counsel for Westchester Fire Insurance Company: Vanessa D. Sloat-Rogers, Sedgwick Detert Moran & Arnold LLP, 2400 E. Commercial Blvd, Ste 1100, Ft. Lauderdale, Florida 33308;

Counsel for SunTrust Bank: John R. Stump, Stump Callahan Dietrich & Spears PA, 37 North Orange Avenue, Suite 200, Orlando, Florida 32801;

Counsel for BankFirst: L William Porter, III, Lowndes Drosdick Doster Kantor & Reed PA, Post Office Box 2809, Orlando, Florida 32802;

Office of the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801; and

All Creditors and Parties-in-Interest.